*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KISOR, FLINTOFT, and MOSLEY
Appellate Military Judges

————————————

**UNITED STATES**
*Appellee*

**v.**

**Ashton B. FUNK THOMPSON**
Seaman Apprentice (E-2), U.S. Navy
*Appellant*

**No. 202500431**

————————————

Decided: 26 June 2026

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Katherine E. Shovlin

Sentence adjudged 24 July 2025 by a special court-martial tried at Naval Station Great Lakes, Illinois, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 180 days, and a bad-conduct discharge.[1]

For Appellant:
*Captain Dennis T. Scanlon, USMC*

---

[1] Appellant was credited with 67 days of pretrial confinement credit. Additionally, the military judge recommended, and the convening authority approved, the suspension of 60 days of confinement for a period of 12 months.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.